BARNEY'S CLOTHES, INC., Appellant, v. W. B. O. BROADCASTING CORPORATION, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

EDWARD N. COURTS, as Executor of and Trustee under the Last Will and Testament of J. N. COURTS, Deceased, Respondent, v. THOMAS GOLDEN, Appellant, Impleaded with Another, etc., Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ROSIE WEISBERG and MOLLA WEISBERG JACOBY, as Executrices, etc., of ISADORE WEISBERG, Deceased, and Others, Appellants, v. M. JASON GOULD, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted as to all items. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

M. JASON GOULD, Respondent, v. MOLLA WEISBERG JACOBY, Also Known as MOLLA WEISBERG JACOBOWITZ, Individually and as Executrix, etc., of ISADORE WEISBERG, Deceased, and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

SADIE SIEGEL, Appellant, v. COMMERCIAL METALS COMPANY, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

RALPH B. RANDALL, Respondent, v. PACIFIC FINANCE CORPORATION and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

COMMISSIONER OF PUBLIC WELFARE, on Complaint of MARY BROWN, Respondent, v. HOSEA McDURFEE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.